```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                               :
UNITED STATES OF AMERICA       :    WAIVER OF INDICTMENT
                               :
         v.                    :    07 Cr. ____
                               :
INOUSSA YARK,                  :
                               :
              Defendant.       :
                               :
- - - - - - - - - - - - - - - X
```

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1029(a)(5) and 1028A, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
INOUSSA YARK
Defendant

_____
Witness

_____
Kenneth Paul, Esq.
Counsel for Defendant

Date:  New York, New York
       May __, 2007

0202