JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

INOUSSA YARK,

Defendant.

MAY 1 1 2007

INFORMATION

07 Cr. ____

07 CRIM. 407

COUNT ONE

The United States Attorney charges:

1. From in and around April 2006, up to and including in and around January 2007, in the Southern District of New York and elsewhere, INOUSSA YARK, the defendant, unlawfully, willfully, and knowingly, and with intent to defraud, in an offense affecting interstate commerce, did attempt to effect and did effect transactions with one and more access devices issued to another person and persons, to receive payment and other things of value during a one-year period, the aggregate value of which is equal to and greater than $1,000, to wit, YARK used other individual's credit cards to purchase goods, including using one person's credit card to attempt to purchase goods worth approximately $4,000 at an electronics store in the Bronx, New York.

(Title 18, United States Code, Section 1029(a)(5) & (b)(1) & 2.)

COUNT TWO

The United States Attorney further charges:

2. From in and around April 2006, up to and including in and around January 2007, in the Southern District of New York and elsewhere, INOUSSA YARK, the defendant, unlawfully, willfully, and knowingly, during and in relation to a felony violation of Title 18, United States Code, Section 1029, did transfer, possess, and use, without lawful authority, means of identification of other persons, to wit, in furtherance of the offense charged in Count One, YARK used Permanent Resident Cards in the name of other persons to attempt to obtain goods from stores in Manhattan and the Bronx.

(Title 18, United States Code, Section 1028A).

Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**- v. -**

**INOUSSA YARK,**

**Defendant.**

---

**INFORMATION**

07 Cr.

(18 U.S.C. §§ 1029(a)(5) & 1028A)

MICHAEL J. GARCIA
United States Attorney.

---

5/11/07 Fld Inf & Waiver of Ind AUSA John Zach pres. Deft Inoussa York pres w/atty Kenneth Paul. Deft pleads N/G to Inf. T/E to 5/25/07 Bail Cont

Mag Judge Dolinger