

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2007

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Suite 1320
New York, New York 10007

RECEIVED

NOV 1 6 2007

LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S D N Y

Re:    **United States v. Inoussa Yark,**
       **07 Cr. 407 (LAP)**

Dear Judge Preska:

The Government respectfully submits this letter to request that sentencing in the above-referenced matter be adjourned until May 14, 2007 at 4:00 p.m. This is the first request for an extension and the defendant consents to such an extension of time.

**SO ORDERED**

*Loretta A. Presky*

**LORETTA A. PRESKA**
**UNITED STATES DISTRICT JUDGE**

*November 19, 2007*
                                    By:

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

John T. Zach
Assistant United States Attorney
(212) 637-2410

Copy to:
Kenneth Paul, Esq.
**BY FAX**