**KENNETH A. PAUL**

ATTORNEY AT LAW

111 BROADWAY

SUITE 701

NEW YORK, NEW YORK 10006

TEL (212) 587-8000
FAX: (212) 374-1506
kpaul64@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07
```

November 30, 2007

**Via ECF and Facsimile**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Inoussa Yark</u>
            07 Cr. 407 (LAP)

Dear Judge Preska:

      I represent Mr. Inoussa Yark in the above referenced matter. Mr. Yark was initially released on a $25,000.00 PRB with conditions restricted his travel to the Southern and Eastern Districts of New York as well as Connecticut and New Jersey.

      On July 23, 2007 Mr. Yark pled guilty before Magistrate Judge Dollinger and his case has since been adjourned for sentencing to May 14, 2008. I write the Court to respectfully request permission that my client's travel restrictions be expanded to permit him to travel and visit with his family in Togo. He is requesting permission to travel January 15, 2008, leaving from JFK on Delta Airlines Flt. #767 to Togo and returning on Delta Airlines on March 10, 2008. While in Togo Mr. Yark will be staying at 1st Rue Kagome, Lome, Togo. (Tel. #: 011-228-227-1668). I have spoken with AUSA John Zach who consents to this request. Mr. Yark's pretrial services officer, Ms. Natasha Ramesar, has told him that she has no objection to his being permitted to travel as requested.

      Thank you for your consideration.

*Denied*
*Loretta A. Preska, USDJ*
*December 4, 2007*

Respectfully,

Kenneth A. Paul

KAP:ce

cc:    AUSA John Zach    (Via ECF and Facsimile)

       Ms. Natasha Ramesar  (Via Facsimile)
       Pretrial Services Officer