

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 9, 2008

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Suite 1320
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 5/12/08

      Re:    <u>**United States v. Inoussa Yark,**</u>
                **07 Cr. 407 (LAP)**

Dear Judge Preska:

      The Government respectfully submits this letter to request that <u>sentencing in the above-referenced matter, which is presently scheduled for May 14, 2007 at 4:00 p.m., be adjourned</u> for six months. This is the second request for an extension and the defendant consents to such an extension of time.

*[Handwritten: Sentencing is adjourned to November 10 at 9:00 am. So ordered. Loretta A. Preska USDJ. May 12, 2008]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
John T. Zach
Assistant United States Attorney
(212) 637-2410

Copy to:
Kenneth Paul, Esq.
**BY FAX**