UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                      :

        v.                                          :

INOUSSA YARK,                                 :

        Defendant.                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08
```

**ORDER**

07 Cr. 407 (LAP)

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Michael H. Dolinger, United States Magistrate Judge, on July 23, 2007;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Counts One and Two of Information 07 Cr. 407 knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated:  May 12, 2008.

                          _____
                          The Honorable Loretta A. Preska
                          United States District Judge